STATE OF CONNECTICUT *v.* SUSAN BIVRELL

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 556 (AC 29860), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Kirstin B. Coffin*, special public defender, in support of the petition.

*Sarah Hanna*, deputy assistant state's attorney, in opposition.

Decided March 17, 2010

FRANCISCO JIMENEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Francisco Jimenez' petition for certification for appeal from the Appellate Court, 117 Conn. App. 902 (AC 29973), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Paul R. Kraus*, special public defender, in support of the petition.

*Laurie N. Feldman*, special deputy assistant state's attorney, in opposition.

Decided March 17, 2010